# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

## March 13, 2013

| CAAP–12–00 00435 | State v. Shomour | Affirmed |
|---|---|---|

## March 15, 2013

| CAAP–12–00 00035 | Bennett v. County of Maui | Affirmed |
|---|---|---|
| CAAP–12–00 00164 | Federal Nat. Mortg. Ass'n v. Bise | Affirmed |
| CAAP–11–00 00958 | Kerr v. Silva | Affirmed |
| 30294 | Makila Land Co., LLC v. Dizon | Affirmed |

## March 18, 2013

| CAAP–12–00 00009 | State v. Getz | Affirmed |
|---|---|---|

## March 19, 2013

| CAAP–11–00 00959 | Kalacinski v. Dunkle | Affirmed |
|---|---|---|
| CAAP–11–00 00658 | State v. Jackson | Affirmed |

## March 20, 2013

| CAAP–12–00 00080 | Kellberg v. County of Hawai'i | Affirmed |
|---|---|---|
| CAAP–12–00 00092 | State v. Puga | Affirmed |

## March 21, 2013

| CAAP–11–00 00778 | Deutsche Bank Nat. Trust Co., Nat. Banking Ass'n v. Kaohelaulii | Affirmed |
|---|---|---|